UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| ROSE PARTLOW, | Civil No. 21-1659 (JRT/ECW) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| OTHER GUYS, L.L.P., et al., | **WITH PREJUDICE** |
| Defendants. | |

Eric D Satre, **SATRE LAW FIRM,** US Bank Center, 101 East 5th Street, Suite 2600, St. Paul, MN 55101, for plaintiff.

Elizabeth S Gerling, **JACKSON LEWIS P.C.K.,** 150 South Fifth Street, Suite 3500, Minneapolis, MN 55402, for defendant.

The parties filed a Stipulation of Dismissal on November 15, 2021. (ECF No. 9)

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 30, 2021             ___s/John R. Tunheim___
at Minneapolis, Minnesota            JOHN R. TUNHEIM
                                                        Chief Judge
                                       United States District Court