# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Rose Partlow, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21-cv-1659 JRT/ECW |
| Other Guys, L.L.P., and Monique Skamser, | |
| Defendant(s). | |

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this case is **DISMISSED WITH PREJUDICE**, with each party bearing its own costs, expenses, and attorneys' fees.

Date: 12/1/2021                                    KATE M. FOGARTY, CLERK